

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-22-00008-CV

**IN THE INTEREST OF M.J.E.,** a Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-EM5-04650
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellants' brief is due on March 25, 2022. On March 18, 2022, appellants filed a motion requesting a twenty-one-day extension.[1] We GRANT the motion and appellants are ORDERED to file their brief **no later than April 15, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1] The motion does not contain a certificate of conference as required by Texas Rule of Appellate Procedure 10.1(a)(5). Further motions filed by appellants that do not comply with the Rules of Appellate Procedure will be disfavored.